

**STATE OF MAINE
COUNTY OF ANDROSCOGGIN
SHERIFF'S OFFICE**

County Identification # 01-6000002

2 TURNER STREET    AUBURN, MAINE    04210
(207) 784-7361    1-800-492-0737

**RONALD B. GAGNON**
*SHERIFF*

**GUY P. DESJARDINS**
*CHIEF*

Invoice to: Atty Christian C. Foster
P O Box 4803 39 Portland Pier
Portland, Me 04112-4803

Date: February 24, 2004
Invoice #: 4-0449 PL

Please include invoice # on all returned checks.

**PLAINTIFF'S EXHIBIT A**

Case: Boulet
vs.
Hobbs

**Charges:**
- Service: 
- Non-Service: 15.10
- Mileage: 6.00
- Postage: 1.85
- Other: 2.00
- Total: $22.95

**Comments/New Address:**
Please note that the house on Shepley Street in Aub. 2 was sold last month to Angela Croteau and that there is no forwarding address per Aub. Post office.

_____
Deputy Sheriff

Please make checks payable and mail to:

Androscoggin County Treasurer
2 Turner Street
Auburn, Maine 04210

FEB 26 2004

DANIEL G. LILLEY, P.A.     6832

| Androscoggin County Treasurer | attempt to serve Hobbs | 3/22/2004 | 22.95 |
|---|---|---|---|