Gary E Baillargeon
144 Broadview Ave
Auburn, ME 04210
(207)786-9206
(207)576-1914
E-mail gary457@aol.com

# TRIAD INVESTIGATIONS



PLAINTIFF'S EXHIBIT
B

April 13, 2004

Barbara Brown
Daniel G. Lilley Law Offices, P.A.
P.O. Box 4803
Portland, ME 04112-4803

## INVOICE: Client, Richard Boulet

### Service attempt, Gary L. Hobbs

3-6-04 – Attempt to locate and serve Gary Hobbs, Auburn/Kennebunk (2.5 hrs)
4-2-04 – Located residence of Gary Hobbs, Whispering Sands Apt
    Complex, 131 Temple Ave Apt #6, Old Orchard Beach. Service attempt,
    no locate (2 hrs)
4-9-04 – Attempt service OOB (2 hrs)
4-12-04 – Attempt service OOB (2 hrs)
4-13-04 – Attempt service OOB (2 hrs)
4-13-04 – Attempt service OOB ( No Charge)

          10.5 hours @ $45.00 per hour = $472.50
          Internet database search fees = 35.00

          Total due this invoice = $507.50

*Complete Investigative Services*